M. P. No. 784. THERESA M. MANFRED *v.* CARL J. MANFRED, JR. Motion for leave to file petition for writ of certiorari denied. Motion to stay decree appointing a temporary receiver and further proceedings in Superior Court denied. *Vincent J. Naccarato, James D. Thornton,* for plaintiff. *Frank S. Cappuccio,* for defendant.

### July 25, 1969.

M. P. No. 755. IN RE CHARLES R. FRANKLIN. Motion for appointment of counsel other than Public Defender granted. Papers remanded to Superior Court with direction forthwith to appoint counsel for petitioner to represent petitioner in any further proceedings in re State v. Franklin, Indictment No. 5026, Newport County. *Charles R. Franklin,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, for respondent.

M. P. No. 771. WARREN VINCENT PICILLO *v.* JOHN F. SHARKEY, *Acting Warden.* Petition for habeas corpus granted, respondent to bring petitioner to Superior Court forthwith for purpose of admitting him to bail. Papers remanded for use in proceeding to fix bail and upon termination of hearing Superior Court to return papers to Supreme Court. *Leo P. McGowan, John Bourcier,* for petitioner. *Herbert F. DeSimone,* Attorney General, for respondent.

### July 31, 1969.

M. P. No. 554. ALFRED J. BISHOP *v.* HAROLD V. LANGLOIS, *Warden.* Motion to reargue denied. *John A. Varone,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.